IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY M. WILLIAMS,     )<br>    Plaintiff,     )<br>              )<br>  v.          )   CIV. A. NO. 24-0273-KD-MU<br>              )<br>POSTAL SERVICE OF PRICHARD, *et al.,*  )<br>    Defendants.     )<br>              ) | |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice.**

**DONE** this **20th** day of **December**, 2024.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**